CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED
October 23, 2026
LAURA A. AUSTIN, CLERK
BY: /s/ Megan Poff
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

ANGELIA C. BURTON-HYPES,

Plaintiff,

v.

TONI TRUEHEART, *et al.*,

Defendants.

Case No. 7:26-cv-00522

**MEMORANDUM OPINION**

By: Hon. Thomas T. Cullen
United States District Judge

---

Plaintiff Angelia C. Burton-Hypes, proceeding *pro se*, filed a civil-rights action under 42 U.S.C. § 1983 against several employees of the New River Valley Regional Jail, Dublin Police Department, and Virginia court system. (*See* ECF No. 1.) On September 14, 2026, the court screened the complaint pursuant to 28 U.S.C. § 1915A and concluded that it failed to state a claim for which relief could be granted. (*See* ECF No. 13.) Because Plaintiff is proceeding *pro se*, however, the court gave her an opportunity to file an amended complaint correcting the deficiencies outlined in the court's opinion. (*See* ECF No. 14.) The court ordered Plaintiff to file an amended complaint within 30 days in order to proceed with this action and cautioned Plaintiff that failure to amend would result in the dismissal of this action. (*Id.*)

More than 30 days have elapsed, and Plaintiff has not filed an amended complaint or sought to extend her time for doing so. Because Plaintiff has not complied with the court's order and has not amended her complaint, the court will **DISMISS** this action **WITHOUT PREJUDICE** for the reasons set forth in the court's previous Memorandum Opinion (ECF No. 13).

The clerk is directed to send a copies of this Memorandum Opinion and the accompanying Order to Plaintiff.

**ENTERED** this 23rd day of October, 2026.

HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE